STATE of Missouri, Respondent,

v.

Clifford M. TAYLOR, Appellant.

No. WD 62215.

Missouri Court of Appeals,
Western District.

March 23, 2004.

Susan L. Hogan, Kansas City, MO, for appellant.

Breck K. Burgess, Assistant Attorney General, Jefferson City, MO, for respondent.

Before NEWTON, P.J.,
BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Clifford Taylor was convicted by a jury and sentenced to ten years in prison for possession of a controlled substance, section 195.202, RSMo 2000. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

William Vincent ZIKE, Appellant.

No. WD 62113.

Missouri Court of Appeals,
Western District.

March 23, 2004.

Susan L. Hogan, Kansas City, for appellant.

Andrea Maza Follett, Assistant Attorney General, Jefferson City, for respondent.

Before NEWTON, P.J.,
BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

William Vincent Zike appeals his conviction and sentence for the class B felony of attempt to manufacture methamphetamine, section 195.211, RSMo 2000. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).